**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE BANKRUPTCY MATTER OF: | Chapter 13 No.    13-29680 |
| Shane A. Radtke and Bonnie S. Radtke | Judge    Carol A. Doyle |
| Debtors | |

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on May 8, 2018, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

/s/ Ross T. Brand

### Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtors by depositing same in the United States mail at 150 N Michigan Ave., Chicago, Illinois 60601 at 5:00 p.m. on May 8, 2018 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: CMSB.0073

**SERVICE LIST**

Shane A. Radtke and Bonnie S. Radtke
3308 Morgan Street
Steger, IL 60475

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Stuart B Handelman
Law Offices Of Stuart B Handelman P C
200 S Michigan Ave Ste 205
Chicago, IL 60604